IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) No. CR408-100 Superceding |
| vs. | ) |
| | ) 18 U.S.C. § 371 - Conspiracy |
| | ) 18 U.S.C. § 1347 - Health Care Fraud |
| **ALFREDO FELIPE RASCO and** | ) 18 U.S.C. § 1028A - Aggravated Identity |
| **NIURKA RASCO,** | )     Fraud |
| | ) 18 U.S.C. § 2 - Aiding and Abetting |
| Defendants. | ) 18 U.S.C. S1001 - False Statements |

## ORDER

Before the court is Alex Zipperer's motion for temporary reinstatement as counsel for Defendant Alfredo Felipe Rasco in order to authorize him to file, on Mr. Rasco's behalf, objections to an order granting the government's motion to disqualify Julie Wade as counsel. Mr. Rasco resides in Pembroke Pines, Florida, and is not available to file said objections pro se, and today is the last day for filing. Accordingly, Zipperer's motion for temporary reinstatement through and including May 19, 2009, is **GRANTED.**

**SO ORDERED** this 19th day of May, 2009.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA