IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALFREDO FELIPE RASCO, )
)
Petitioner, )
)
v. ) CASE NO. CV414-171
) CR408-100
UNITED STATES OF AMERICA, )
)
Respondent. )
)

## ORDER

Before the Court is Defendant Alfredo Felipe Rasco's Motion for a Certificate of Appealability (Doc. 56), which the Government has opposed (Doc. 57).[1] The Government correctly points out that the Court already determined Defendant is not entitled to a certificate of appealability (id. at 1 (citing Doc. 51 at 7-8)), and Defendant has presented no argument as to why the Court should reconsider its previous decision. Accordingly, Defendant's motion (Doc. 56) is **DENIED**.

SO ORDERED this 3RD day of April 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Unless otherwise stated, all citations are to Petitioner's civil docket on this Court's electronic filing system, CV414-171.